UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BATTON,<br><br>           Plaintiff,<br><br>      v.<br><br>A. ZARATE, et al.,<br><br>           Defendants. | Case No. 1:21-cv-00571-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**<br><br>(Doc. 8) |

This Court previously entered an order granting Plaintiff's first application to proceed *in forma pauperis*. (Doc. 6.) Accordingly, the Court **DENIES as moot** Plaintiff's second application to proceed IFP. (Doc. 8.)

IT IS SO ORDERED.

   Dated:   **April 21, 2021**              _ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE