1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO BATTON,

              Plaintiff,

    v.

A. ZARATE, *et al.*,

              Defendants.

Case No. 1:21-cv-00571-CDB (PC)

**ORDER ACCEPTING PLAINTIFF'S
SUBSTITUTION OF ATTORNEY**

(ECF No. 29)

Plaintiff Mario Batton is a state prisoner who, acting *pro se*, filed this civil rights action under 42 U.S.C. § 1983. Mr. Johnny L. Griffin, III, has made an appearance as attorney of record for Plaintiff by filing a substitution of attorney under Local Rule 182(a)(2).

The Court accepts Mr. Griffin's appearance as counsel for Plaintiff. The Clerk of Court shall reflect this change on the docket.

IT IS SO ORDERED.

Dated:   **November 3, 2022**

                                        
UNITED STATES MAGISTRATE JUDGE